IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICHARD V. KELLY,                       :
                                        :
    Plaintiff,                          :
                                        :
v.                                      :       Civil Action File No.
                                        :       1:09-CV-1498-CAP-WEJ
DUN &BRADSTREET, INC.,                  :
                                        :
    Defendant.                          :

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE

Plaintiff Richard V. Kelly hereby submits his Opposition to the Defendant's

Motion to Strike his Reply in Support of his Objections to the Final Report and

Recommendation of the Magistrate Court (Doc. 123). Defendant's Motion presents

nothing but an *ad hominem* attack against Plaintiff for supposedly "over-litigating"

his claims, and apparently seeks to strike Plaintiff's Reply because it identifies the

lack of meritorious arguments in Defendant's Response. (*Id.*).

While Defendant is correct that neither Federal Rule of Civil Procedure

72(b)(2) nor 28 U.S.C. § 636 provide for replies, this does not render Plaintiff's

submission of a Reply improper, nor does it deprive this Court of the ability to

consider the arguments raised in Plaintiff's Reply. Indeed, district courts "routinely

consider post-objection filings" styled as replies. *See Gagan v. United Consumers*

1

2

*Club, Inc.*, No. 2:10-cv-026 JD, slip. op., 2012 WL 729943, at \*1-\*2 (N.D. Ind. Mar. 6, 2012) (citing several cases and denying a party's motion to strike a reply in support of objections to the magistrate judge's report and recommendation notwithstanding the fact that the party did not seek prior leave). This is so because the determination of whether to grant a motion to strike is clearly within the discretion of the district court. *See, e.g., Saunders v. Emory Healthcare, Inc.*, 360 Fed. Appx. 110, 112-13 (11th Cir. 2010); *Johnson v. England*, 350 Fed. Appx. 314, 316 (11th Cir. 2009). Plaintiff submits that his Reply provides helpful analysis of the issues before the Court that will assist it in making a proper determination on the Magistrate Court's Final Report and Recommendation, and for that reason respectfully requests that this Court DENY the Defendant's Motion to Strike.

Respectfully submitted this 22nd day of October, 2012.

<SIGNATURES FOLLOW>

3

BUCKLEY & KLEIN, LLP

By:   s/ Edward D. Buckley
      Edward D. Buckley
      Georgia Bar No. 092750
      edbuckley@buckleyklein.com
      Brian J. Sutherland
      Georgia Bar No. 105408
      bjsutherland@buckleyklein.com

1230 Peachtree Street, Suite 900
Atlanta, Georgia 30309
404-781-1100 Phone
404-781-1101 Facsimile

Counsel for Plaintiff Richard V. Kelly

IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICHARD V. KELLY,                        :
                                         :
    Plaintiff,                           :
                                         :
v.                                       :        Civil Action File No.
                                         :        1:09-CV-1498-CAP-WEJ
DUN &BRADSTREET, INC.,                   :
                                         :
    Defendant.                           :

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2012, I electronically filed **Plaintiff's**

**Opposition to Defendant's Motion to Strike** with the Clerk of Court using the

CM/ECF system which will automatically send email notification of such filing to

the following attorneys of record:

    Halima Horton
    Curtis Mack
    Nancy J. Fonti
    McGUIRE WOODS LLP

                     BUCKLEY & KLEIN, LLP

          By:   s/ Edward D. Buckley
                Edward D. Buckley
                Georgia Bar No. 092750

Counsel for Plaintiff Richard V. Kelly

4