IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RICHARD V. KELLY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action File No. |
| | : | 1:09-CV-1498-CAP-WEJ |
| DUN &BRADSTREET, INC., | : | |
| | : | |
| Defendant. | : | |

**<u>PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE</u>**

Plaintiff Richard V. Kelly hereby submits his Response to Defendant's Motion to Strike his Reply in Support of his Objections to the Final Report and Recommendation of the Magistrate Court (Doc. 123). Defendant's Motion presents nothing but an *ad hominem* attack against Plaintiff for supposedly "over-litigating" his claims, and apparently seeks to strike Plaintiff's Reply because it identifies the lack of meritorious arguments in Defendant's Response. (*Id.*).

While Defendant is correct that neither Federal Rule of Civil Procedure 72(b)(2) nor 28 U.S.C. § 636 provide for replies, this does not render Plaintiff's submission of a Reply improper, nor does it deprive this Court of the ability to consider the arguments raised in Plaintiff's Reply. Indeed, district courts routinely consider post-objection filings styled as replies. *Faircloth v. Ferrell*, No. CV511-

016, slip. op., 2012 WL 92564 (S.D. Ga. Jan. 11, 2012); *Gagan v. United Consumers Club, Inc.*, No. 2:10-cv-026 JD, slip. op., 2012 WL 729943, at *1-*2 (N.D. Ind. Mar. 6, 2012) (denying a party's motion to strike a reply in support of objections to the magistrate judge's report and recommendation notwithstanding the fact that the party did not seek prior leave); *Bagwell v. Peachtree Doors and Windows, Inc.*, No. 2:08-cv-0191-RWS, slip. op., 2011 WL 1497658 (N.D. Ga. Apr. 19, 2011); *Barr v. J.B. Hunt Transp., Inc.*, No. 1:05-cv-2509-RWS-GGB, slip. op., 2007 WL 2904115 (N.D. Ga. Oct. 1, 2007). This is so because the decision to consider a reply is a determination clearly within the discretion of the district court. *See, e.g., Saunders v. Emory Healthcare, Inc.*, 360 Fed. Appx. 110, 112-13 (11th Cir. 2010); *Johnson v. England*, 350 Fed. Appx. 314, 316 (11th Cir. 2009). Plaintiff submits that his Reply provides helpful analysis of the issues before the Court that will assist it in making a proper determination on the Magistrate Court's Final Report and Recommendation, and for that reason respectfully requests that this Court DENY the Defendant's Motion to Strike.

Respectfully submitted this 31st day of October, 2012.

BUCKLEY & KLEIN, LLP

By:  s/ Brian J. Sutherland
Brian J. Sutherland
Georgia Bar No. 105408
bjsutherland@buckleyklein.com
Edward D. Buckley
Georgia Bar No. 092750
edbuckley@buckleyklein.com

1230 Peachtree Street, Suite 900
Atlanta, Georgia 30309
404-781-1100 Phone
404-781-1101 Facsimile

Counsel for Plaintiff Richard V. Kelly

IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RICHARD V. KELLY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action File No. |
| | : | 1:09-CV-1498-CAP-WEJ |
| DUN &BRADSTREET, INC., | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2012, I electronically filed **Plaintiff's Response to Defendant's Motion to Strike** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Halima Horton
Curtis Mack
Nancy J. Fonti
McGUIRE WOODS LLP

BUCKLEY & KLEIN, LLP

By: s/ Brian J. Sutherland
Brian J. Sutherland
Georgia Bar No. 105408
Counsel for Plaintiff Richard V. Kelly

4